**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEHIGH ANESTHESIA ASSOCIATES,   :   No. 364 MAL 2016
P.C.,   :
  :
                Petitioner   :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
  :
        v.   :
  :
  :
  :
MICHAEL MELLON, CRNA,   :
  :
           Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.